| | |
|---|---|
| | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON NAVARRO LUPERCIO, | Case No. 1:21-cv-580-DAD-HBK |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | (Doc. No. 2) |
| MACARIO MENDOZA, | |
| Defendant. | |

Plaintiff Ramon Navarro Lupercio initiated this action by filing a *pro se* Complaint by a Prisoner Under the Civil Rights Act, 42 U.S.C. § 1983 Form on April 7, 2021 while he was incarcerated in San Quentin State Prison. (Doc. No. 1). Plaintiff seeks leave to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2). Plaintiff has submitted a declaration regarding his financial circumstances, which satisfies the requirements under § 1915. *Id.* It appears Plaintiff is no longer incarcerated based on his address of record. Nonetheless, because the Complaint was initiated while Plaintiff while a prisoner, the Complaint is subject to he Prison Litigation Reform Act.

Accordingly, it is hereby **ORDERED**:

1. Plaintiff's motion to proceed in forma pauperis (Doc. No. 2) is **GRANTED**.
2. Plaintiff remains obligated to pay the statutory filing fee of $400.00 for this action. *See* 28 U.S.C. § 1915(b)(1).

IT IS SO ORDERED.

Dated:   June 16, 2021

*/s/ Helena M. Barch-Kuchta*
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE